# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RANDY T. MAYO**  **PETITIONER**
**ADC #134578**

**V.**  **NO. 5:08cv00313 BSM**

**LARRY NORRIS, Director,**  **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The court has reviewed the proposed findings and recommended disposition received from Magistrate Judge Jerry Cavaneau and the parties' objections. After carefully reviewing the recommended disposition and reviewing the record *de novo,* it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, petitioner's claims regarding his parole conditions and the validity of his criminal convictions and sentence are without merit or procedurally barred, and they are dismissed with prejudice. His claims regarding the conditions of his confinement are dismissed without prejudice.

Therefore, judgment shall be entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus (Doc. No. 2) in its entirety.

IT IS SO ORDERED this 22nd day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE