# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RANDY T. MAYO**                                                    **PETITIONER**
**ADC #134578**

**V.**                      **NO. 5:08cv00313 BSM**

**LARRY NORRIS, Director,**                                **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Consistent with the order entered today, the 28 U.S.C. § 2254 petition for habeas corpus is DENIED in its entirety. This denial is with prejudice as to petitioner's claims regarding his parole conditions and the validity of his criminal convictions and sentence, and without prejudice as to his claims regarding the conditions of his confinement.

IT IS SO ORDERED this 22nd day of January, 2010.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE